**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Adan Andrade GOMEZ, also known as Adan Gomez, also known as Andres Martinez, Defendant–Appellant.**

No. 05–11199
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Sept. 8, 2006.

Nancy E. Larson, Assistant U.S. Attorney, Camille Elizabeth Sparks, U.S. Attorney's Office Northern District of Texas, Fort Worth, TX, for Plaintiff–Appellee.

Raymond J. Rodgers, Federal Public Defender's Office Northern District of Texas, Fort Worth, TX, for Defendant–Appellant.

Before KING, GARWOOD, and JOLLY, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Adan Andrade Gomez raises arguments that are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.